## M. J. JENKINS V. THE STATE.

No. 17160. Delivered January 2, 1935.
Rehearing Denied February 6, 1935.

The opinion states the case.

*Lindsey P. Walden,* of Abilene, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for burglary, punishment assessed being two years in the penitentiary.

The indictment charged the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—The opinion affirming the above case was rendered January 2, 1935. The mandate was issued sixteen days thereafter, namely, on January 18th. The motion for rehearing was mailed to this court on January 26, 1935.

The motion for rehearing cannot be considered for the reason that it was filed after the time had expired within which a motion for rehearing may be filed for consideration.

*Denied.*